**United States District Court**
**Central District of California**

FILED
CLERK U.S. DISTRICT COURT
FEB 25 2009
CENTRAL DISTRICT OF CALIFORNIA
BY ____ DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA vs. | Docket No.   CR 08-1137-RCF |
| Defendant   RICHARD MOJARRA RAMIREZ | Social Security No.  1  4  0  9 |
| akas: _____ | (Last 4 digits) |

## JUDGMENT AND PROBATION/COMMITMENT ORDER

In the presence of the attorney for the government, the defendant appeared in person on this date.

| MONTH | DAY | YEAR |
|---|---|---|
| 2 | 20 | 2009 |

**COUNSEL**  [X] WITH COUNSEL   Kim Savo, Deputy Federal Public Defender
(Name of Counsel)

**PLEA**  [X] GUILTY, and the court being satisfied that there is a factual basis for the plea.   [ ] NOLO CONTENDERE   [ ] NOT GUILTY

**FINDING**  There being a finding/verdict of [X] GUILTY, defendant has been convicted as charged of the offense(s) of:
Count 1: 18 U.S.C. § 111; Assault on an officer (Class A)
Count 4: California Vehicle Code § 23152(b); Driving with a blood alcohol level over .08% (Class B)

**JUDGMENT AND PROB/COMM ORDER**  Pursuant to the Sentencing Reform Act of 1984, it is the judgment of the Court that the imposition of jail time shall be suspended and the defendant shall be placed on supervised probation for a period of three years. The term of probation consists of three years on each count, all such terms to run concurrently and under the following terms and conditions:

1. The defendant shall comply with the rules and regulations of the Probation Office and General Order 05-02.

2. The defendant shall serve a period of 180 days in a home detention program, which may include electronic monitoring, GPS (global positioning satellite), or voice recognition, and shall observe all rules of the program, as directed by the Probation Officer. The Probation Officer shall consider the defendant's responsibilities in providing care to his children in setting the parameters for the home detention program. The defendant shall maintain a residential telephone line without devices and/or services that may interrupt operation of the monitoring equipment.

3. The defendant shall pay the costs of home confinement monitoring to the contract vendor, not to exceed the sum of $5.00 for each day of participation. The defendant shall provide payment and proof of payment as directed by the Probation Officer. The Probation Officer shall have the discretion to waive payment for the program if the Probation Officer determines the defendant is unable to make any payment.

4. The defendant shall abstain from alcohol and any unlawful use of a controlled substance, and shall refrain from abusing prescription medications during the period of supervision.

5. The defendant shall submit to one drug test within 15 days of placement on probation and at least two periodic drug tests thereafter, not to exceed six tests per month, as directed by the Probation Officer.

| USA vs. | RICHARD MOJARRA RAMIREZ | Docket No.: | CR 08-1137-RCF |
|---|---|---|---|

6. The defendant shall not drive a motor vehicle with any measurable amount of alcohol in his body.

7. The defendant shall participate in an outpatient substance abuse testing and treatment program that includes urinalysis, saliva and/or sweat patch testing, as directed by the Probation Officer.

8. During the course of supervision, the Probation Officer, with the agreement of the defendant and defense counsel, may place the defendant in a residential drug treatment program approved by the United States Probation Office for treatment of alcohol and/or drug dependency, which may include counseling and testing, to determine if the defendant has reverted to the use of drugs, and the defendant shall reside in the treatment program until discharged by the Program Director and Probation Officer.

9. The defendant shall participate in mental health treatment, which may include evaluation and counseling, and/or an anger management counseling program, until discharged from the treatment by the treatment provider, with the approval of the Probation Officer.

10. As directed by the Probation Officer, the defendant shall pay all or part of the costs of drug treatment and mental health treatment to the aftercare contractor during the period of community supervision, pursuant to 18 U.S.C. § 3672. The defendant shall provide payment and proof of payment as directed by the Probation Officer.

It is the judgment of the Court that the defendant shall pay a fine of $390, and a total special assessment of $35 (consisting of $25 for count 1, 18 U.S.C. § 111, plus $10 for count 4, Cal. Veh. Code § 23152(b)), which is due on or before April 20, 2009.

The Court authorizes the Probation Office to disclose the Presentence Report to the substance abuse and mental health treatment providers to facilitate the defendant's treatment for narcotic addiction or drug dependency. Further redisclosure of the Presentence Report by the treatment provider is prohibited without the consent of the sentencing judge.

The Court authorizes the Probation Office to disclose the Presentence Report, and/or any previous mental health evaluations or reports, to the treatment provider. The treatment provider may provide information (excluding the Presentence Report) to State or local social service agencies (such as the State of California, Department of Social Services and/or the Department of Veterans Affairs), for the purpose of the defendant's rehabilitation.

The fine and special assessments shall be paid to:

U.S. District Court
Fiscal Section
312 N. Spring Street, Room 529
Los Angeles, CA 90012

/// ///
/// ///

USA vs. RICHARD M. RAMIREZ          Docket No.: CR 08-1137-RCF

IT IS SO ORDERED.

In addition to the special conditions of supervision imposed above, it is hereby ordered that the Standard Conditions of Probation and Supervised Release within this judgment be imposed. The Court may change the conditions of supervision, reduce or extend the period of supervision, and at any time during the supervision period or within the maximum period permitted by law, may issue a warrant and revoke supervision for a violation occurring during the supervision period.

2/25/2009
Date

RITA COYNE FEDERMAN
UNITED STATES MAGISTRATE JUDGE

It is ordered that the Clerk deliver a copy of this Judgment and Probation/Commitment Order to the U.S. Marshal or other qualified officer.

Terry Nafisi, Clerk of Court

2/25/09
Filed Date

By _____   Barbara Hall
Deputy Clerk

---

The defendant shall comply with the standard conditions that have been adopted by this court (set forth below).

### STANDARD CONDITIONS OF PROBATION AND SUPERVISED RELEASE

While the defendant is on probation or supervised release pursuant to this judgment:

1. The defendant shall not commit another Federal, state or local crime;
2. the defendant shall not leave the judicial district without the written permission of the court or probation officer;
3. the defendant shall report to the probation officer as directed by the court or probation officer and shall submit a truthful and complete written report within the first five days of each month;
4. the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;
5. the defendant shall support his or her dependents and meet other family responsibilities;
6. the defendant shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training, or other acceptable reasons;
7. the defendant shall notify the probation officer at least 10 days prior to any change in residence or employment;
8. the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any narcotic or other controlled substance, or any paraphernalia related to such substances, except as prescribed by a physician;
9. the defendant shall not frequent places where controlled substances are illegally sold, used, distributed or administered;
10. the defendant shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer;
11. the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view by the probation officer;
12. the defendant shall notify the probation officer within 72 hours of being arrested or questioned by a law enforcement officer;
13. the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court;
14. as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics, and shall permit the probation officer to make such notifications and to conform the defendant's compliance with such notification requirement;
15. the defendant shall, upon release from any period of custody, report to the probation officer within 72 hours;
16. and, for felony cases only: not possess a firearm, destructive device, or any other dangerous weapon.

| | |
|---|---|
| USA vs.  RICHARD M. RAMIREZ | Docket No.:  CR 08-1137-RCF |

## RETURN

I have executed the within Judgment and Commitment as follows:

Defendant delivered on _____ to _____
Defendant noted on appeal on _____
Defendant released on _____
Mandate issued on _____
Defendant's appeal determined on _____
Defendant delivered on _____ to _____
at _____
the institution designated by the Bureau of Prisons, with a certified copy of the within Judgment and Commitment.

United States Marshal

_____       By _____
Date                                              Deputy Marshal

## CERTIFICATE

gO
I hereby attest and certify this date that the foregoing document is a full, true and correct copy of the original on file in my office, and in my legal custody.

Clerk, U.S. District Court

2/25/09                                  By _____
Filed Date                                    Deputy Clerk

## FOR U.S. PROBATION OFFICE USE ONLY

Upon a finding of violation of probation or supervised release, I understand that the court may (1) revoke supervision, (2) extend the term of supervision, and/or (3) modify the conditions of supervision.

These conditions have been read to me. I fully understand the conditions and have been provided a copy of them.

(Signed) _____         _____
                Defendant                                         Date

_____                               _____
U. S. Probation Officer/Designated Witness         Date